IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAR 30 2012

| | | |
|---|---|---|
| IN RE: OSAMA M. EL-ATARI,<br>Debtor. | )<br>) | Bankruptcy No. 09-14950-BFK<br>Adversary No. 11-01410-BFK |
| KEVIN R. MCCARTHY,<br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY DESIGN GROUP,<br>LLC, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:12cv251 |

## JUDGMENT ORDER

Upon consideration of the February 15, 2012 Report and Recommendation of the United States Bankruptcy Judge, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Bankruptcy Judge, as set forth in the February 15, 2012 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that plaintiff Kevin R. McCarthy's motion for default judgment against both defendants — Technology Design Group, LLC, d/b/a Home Run Communications, and Michael L. Sines, d/b/a Home Run Communications, d/b/a Technology Design Group, LLC — is **GRANTED** as to all counts of the complaint filed in Adversary Proceeding No. 11-01410-BFK (E.D. Va. Bankr Aug. 9, 2011) (Complaint).

Accordingly, it is further **ORDERED** that judgment in the amount of $30,000.00 is **ENTERED** on Count I of the complaint in favor of plaintiff and against defendants, jointly and severally.

It is further **ORDERED** that judgment in the amount of $108,500.00 (which amount includes the $30,000 involved in Count I) is **ENTERED** on Counts II and III of the complaint in favor of plaintiff and against defendants, jointly and severally.

It is further **ORDERED** that with respect to Count IV of the complaint, any claims held by defendants against the bankruptcy estate are **DISALLOWED** until the judgment is paid.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

Should defendants wish to appeal this Order, they must do so by filing a notice of appeal within thirty (30) days following entry of the Order, pursuant to Rules 3 and 4, Fed. R. App. P.

The Clerk is **DIRECTED** to send a copy of this Judgment Order to defendants, the Bankruptcy Judge and all counsel of record.

Alexandria, VA
March 30, 2012

T. S. Ellis, III
United States District Judge